Emily Weber, Bar No. 348798
eweber@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street
Floor 32
San Francisco, California 94105
Tel. +1 415 733 6000
Fax: +1 415 677 9041

*Attorney for Defendant*,
Experian Information Solutions, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ARNOLDO RODRIGUEZ,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,

Defendants.

Case No. 2:26-cv-02100-JAM-CKD

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO INITIAL COMPLAINT**

Complaint Served: June 10, 2026
Current Response Date: July 22, 2026
New Response Date: July 29, 2026

Pursuant to Local Rule 144(a), IT IS HEREBY STIPULATED by and between Plaintiff Arnoldo Rodriguez ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, that:

WHEREAS, on June 5, 2026, Plaintiff filed the Complaint in this Court;

WHEREAS, on June 10, 2026, Plaintiff served the Complaint on Experian;

WHEREAS, pursuant to the Federal Rules of Civil Procedure 12(a), Experian's deadline to answer or present other defenses or objections to Plaintiff's Complaint is July 1, 2026;

WHEREAS, to facilitate settlement discussions, Plaintiff and Experian hereby stipulated

that Experian shall have an additional 21 days, up through and including July 22, 2026, to answer, object, or otherwise respond to Plaintiff's Complaint;

WHEREAS, to facilitate settlement discussions, Plaintiff and Experian hereby stipulated (in a second stipulation) that Experian shall have an additional 7 days, up through and including July 29, 2026, to answer, object, or otherwise respond to Plaintiff's Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, Plaintiff and Experian hereby stipulate and agree to extend the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, up through and including July 29, 2026.

Respectfully submitted,

Dated: July 14, 2026

GOODWIN PROCTER LLP

By: */s/ Emily Weber*

Emily Weber
eweber@goodwinlaw.com
525 Market Street, Floor 32
San Francisco, California 94105
Tel. +1 415 733 6000
Fax: +1 415 677 9041

*Attorney for Defendant*,
Experian Information Solutions, Inc.

Dated: July 14, 2026

R23 LAW APC

By: */s/ Peng Shao*

Peng Shao
peng@r23law.com
633 West Fifth Street, Floor 26
Los Angeles, CA 90071
Tel. +1 888 533 2948
Fax. +1 415 558 0230

*Attorney for Plaintiff*,
Arnoldo Rogriguez

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **July 15, 2026**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **July 15, 2026**.

*/s/ Emily Weber*
Emily Weber

## ORDER

Having considered the parties' second stipulation to extend the time for Defendant Experian to respond to the Complaint, the Court finds that good cause exists for a 7-day extension and **GRANTS** the stipulation.

**IT IS HEREBY ORDERED** that the stipulation is **APPROVED**, and Experian's time to respond to the complaint is hereby **EXTENDED** by an additional 7 days, through and including **July 29, 2026**.

Dated: July 15, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE