THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLDO RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC, and DOES 1 to 20, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-02100-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Date: July 22, 2026<br><br>New Response Date: August 12, 2026 |

Plaintiff, Arnoldo Rodriguez ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Defendant"), hereby stipulate as follows:

1. Plaintiff filed this Complaint in the United States District Court, the Eastern District of California, on June 5, 2026.

2. Defendant was served by personal service on its Registered Agent on June 10, 2026.

3. This Court granted a first extension of time for Equifax to respond to Plaintiff's Complaint to July 22, 2026.

4 The parties wish to engage in settlement negotiations.

5. Plaintiff and Defendant agree to extend the time for an additional 21 days for Defendant to respond to the Complaint up to and including August 12, 2026, so that Defendant will have additional time to investigate this matter and the parties can engage in settlement discussions.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted this 22nd day of July, 2026.

NOKES & QUINN

/s/ *Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services LLC*
/s/ *Peng Shao*
PENG SHAO
R23 Law APC
Email: peng@r23law.com
*Attorney for Plaintiff*

**Signature Certification**

I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

July 22, 2026

NOKES & QUINN

/s/ *Thomas P. Quinn,*
Thomas P. Quinn Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLDO RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al.,<br><br>Defendants. | Case No.: 2:26-cv-02100-JAM-CKD<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Date: July 22, 2026<br><br>New Response Date: August 12, 2026 |

Based on the stipulation of the parties, Defendant **Equifax Information Services, LLC** shall respond to the complaint on or before **August 12, 2026**.

**IT IS SO ORDERED**.

Dated: July 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE