**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARNOLDO RODRIGUEZ**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND DOES 1 TO 20,** inclusive;<br><br>Defendants. | CASE NO. 2:26-cv-02100-JAM-CKD<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC <u>ONLY</u>** |

Pursuant to the STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY filed by Plaintiff ARNOLDO RODRIGUEZ and Defendant TRANS UNION, LLC, **it is hereby ordered that Plaintiff's claims are DISMISSED WITH PREJUDICE as to Defendant TRANS UNION, LLC only.** Each party to bear its own costs.

Dated: September 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE