MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNOLDO RODRIGUEZ,

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and DOES 1 to 20, inclusive.,

Defendants.

Case No. 2:26-cv-02100-JAM-CKD

Assigned to Honorable John A. Mendez

**STIPULATION AND ORDER TO STAY ACTION AS TO JPMORGAN CHASE BANK, N.A. <u>ONLY</u> PENDING THE COMPLETION OF ARBITRATION**

Plaintiff Arnoldo Rodriguez ("Plaintiff") and defendant JP Morgan Chase Bank, N.A. ("Chase") (together the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff commenced this action against Chase, and others, asserting claims under the Fair Credit Reporting Act, the Fair Credit Billing Act, the CCRAA, and the UCL;

WHEREAS, pursuant to L.R. 7-3, counsel for Chase initiated a meet and confer with counsel for Plaintiff to discuss whether Plaintiff would stipulate to arbitration pursuant to the terms of the cardholder agreement governing the Account at issue.;

WHEREAS, Plaintiff has agreed to submit his claim against Chase in binding arbitration with Judicial Arbitration and Mediation Services ("JAMS") pursuant to the terms of the cardholder agreement.

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff and Chase as follows:

1. Plaintiff shall submit all claims asserted against Chase in this action to binding arbitration, to be administered by JAMS, pursuant to the arbitration provision contained within the cardholder agreement.

2. Pursuant to 9 U.S.C. § 3, all proceedings in this action between Plaintiff and Chase shall be stayed pending completion of the arbitration.

3. This Stipulation applies only to Plaintiff and Chase. It does not affect Plaintiff's claims against any other defendant, nor does it affect the rights or defenses of any other party in this action.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: October 19, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: ***/s/ Marcos Sasso***
Marcos Sasso

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

Dated: October 19, 2026

R23 LAW APC

By: ***/s/ Ed Choi (as authorized on 10/02/26***
Ed Choi

Attorneys for Plaintiff
Arnoldo Rodriguez

**Local Rule 131(e) Certification**

Pursuant to Local Rule 131(e), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

*/s/ **Marcos Sasso***
Marcos Sasso

# ORDER

Pursuant to the Stipulation of Plaintiff Arnoldo Rodriguez ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A. ("Chase") and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff shall submit his claims against Chase to binding arbitration with Judicial Arbitration and Mediation Services pursuant to the arbitration provision contained within the cardholder agreement.

2. Pursuant to 9 U.S.C. § 3, all proceedings between Plaintiff and Chase are **STAYED** pending completion of the arbitration.

3. The Court FURTHER ORDERS Plaintiff and Chase to file a Joint Status Report withing fourteen (14) days of completion of arbitration. If arbitration is not completed by October 20, 2027, the Court ORDERS these parties to file a Joint Status Report advising the Court of the status of arbitration and expected completion date.

**IT IS SO ORDERED.**

Dated: October 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE